# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jacob Keith,                                        :
                              Petitioner   :
                                                    :
        v.                                          :
                                                    :
Workers' Compensation Appeal             :
Board (SEPTA),                                      :
                              Respondent   :        No. 591 C.D. 2015

## **O R D E R**

NOW, February 17, 2016, upon consideration of petitioner's "motion for reconsideration" and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge